# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES PAUL HALPIN,** an individual,<br><br><br>Plaintiff,<br><br>v.<br><br>**DIVERSIFIED CONSULTANTS, INC.,**<br><br>Defendant. | **Case No.:** 8:17-CV-02168-AG-JDE<br><br>**ORDER DISMISSING DEFENDANT DIVERSIFIED CONSULTANTS, INC., AND ENTIRE CASE** |

# <u>ORDER</u>

Having considered the Parties' stipulation requesting dismissal as to Defendant, DIVERSIFIED CONSULTANTS, INC., ("DCI") and good cause having been shown:

**IT IS HEREBY ORDERED** that the stipulation is **GRANTED** and the above captioned action is dismissed with prejudice with both parties bearing their respective attorney's fees and costs.

**IT IS SO ORDERED.**

DATED: February 22, 2018

_____
Hon. Judge Andrew J. Guilford